UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA NAILS,<br><br>              Plaintiff,<br><br>      v.<br><br>EQUIFAX, et al.,<br><br>              Defendants. | Case No. 25-cv-05418-HSG<br><br>**ORDER RESPONDING TO OBJECTIONS** |

On October 30, 2025, the Court denied Plaintiff's motion to proceed *in forma pauperis*, Dkt. No. 3, and dismissed her complaint, Dkt. No. 1, with leave to amend. Dkt. No. 7 at 4. The Court instructed Plaintiff, by December 3, 2025, to either (1) amend her motion to proceed *in forma pauperis* and file an amended complaint, or (2) pay the filing fees. *Id.* As of the date of this order, Plaintiff has not done either.

However, on December 5, 2025, Plaintiff filed objections to the Court's previous order. Dkt. No. 8. Plaintiff argues that her income comes from SSD and veteran compensation, and she claims she meets the federal guidelines for an *in forma pauperis* application. *Id.* at 1. This does not address the Court's order, which noted that Plaintiff had improperly listed her bank account balances and the estimated value of her home as "exempt." Dkt. No. 7 at 1 n.1. Plaintiff also argues that she has properly stated a claim because the Defendants are reporting false information, including information such as "adverse credit reporting information not removed." Dkt. No. 8 at 1. As in the original complaint, these generic statements lack sufficient factual support, and they do not add anything new. *See* Dkt. No. 7 at 4 (discussing this defect).

Plaintiff must file an amended complaint and an amended motion to proceed *in forma pauperis* by January 20, 2026. Failure to file an amended complaint by this deadline will result in

the dismissal of the action in its entirety without further leave to amend. In addition, Plaintiff's amended complaint will be dismissed without leave to amend if she does not correct the deficiencies the Court has identified, and statements like those made in her objections will not be enough to avoid dismissal.

**IT IS SO ORDERED.**

Dated: 12/22/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

2