UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELA NAILS,

              Plaintiff,

     v.

EQUIFAX, et al.,

              Defendants.

Case No. 25-cv-05418-HSG

**ORDER DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND**

On October 30, 2025, the Court denied Plaintiff's motion to proceed *in forma pauperis*, Dkt. No. 3, and dismissed her complaint, Dkt. No. 1, with leave to amend. Dkt. No. 7 at 4. The Court instructed Plaintiff, by December 3, 2025, to either (1) amend her motion to proceed *in forma pauperis* and file an amended complaint, or (2) pay the filing fees. *Id.* Plaintiff failed to do so.

The Court then gave Plaintiff one more chance to file an amended complaint and an amended motion to proceed *in forma pauperis* by January 20, 2026, and warned her that failure to meet this deadline would result in dismissal without further leave to amend. Dkt. No. 9. As of the date of this order, Plaintiff has not filed an amended complaint. The Court **DISMISSES** Plaintiff's complaint without leave to amend. The Clerk is directed to enter judgment in favor of Defendants and to close the case.

     **IT IS SO ORDERED.**

Dated:    1/27/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge